# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| TOTES ISOTONER CORPORATION, ET AL., | ) | Civil Action No. 09cv1604 |
| | ) | |
| Plaintiffs, | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| v. | ) | |
| | ) | |
| PANTHER VISION, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## Order

THIS MATTER coming to be heard by agreement of the parties, and the Court being fully advised in the matter;

IT IS HEREBY ORDERED that the scheduling order in this case is amended as follows:

Fact discovery to be completed by May 18, 2010.

All expert discovery to be completed by July 19, 2010.

Rule 26(a) reports for any issue on which the party has the burden of proof to be submitted by May 18, 2010.

Rule 26(a) reports for rebuttal experts due June 18, 2010.

Potentially dispositive motions, if any, to be filed by August 18, 2010.

Plaintiffs to prepare first draft of final pretrial order by September 17, 2010.

Joint final pretrial order to be filed by October 18, 2010.

Trial set to begin on January 12, 2011, subject to change at the Court's discretion.

SO ORDERED:

Dated:  February 3, 2010

_____
The Honorable Rebecca R. Pallmeyer
United States District Judge